FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

2023 JAN 30 PM 12:42

CASE NO. SA23CV 00179-CJC-KESx

KOJI & SACHIKO SASAYA
1441 E.ALMOND AVE, ORANGE
CALIFORNIA 92866

COMPLAINT

PLAINTIFF

PAID
1-30-23

VS

TETSUO SAITOU
2-1-3 KASUMIGASEKI, CHIYODAKU, TOKYO 100-8918

KEIICHI ISHII
2-1-3 KASUMIGASEKI, CHIYODAKU, TOKYO 100-8918

MASAHIRO NAKAJIMA
6-50-1 HONCHO, NAKAKU, YOKOHAMA, KANAGAWA 231-8315

KAZUO ISHIKAWA
1-7-17 SHIBA, MINATOKU, TOKYO 100-0014

NAOAKI DEGUCHI
2-21-1 SHIBA, MINATOKU, TOKYO 100-0004

YUUSUKE YOSHII
2-21-1 SHIBA, MINATOKU, TOKYO 100-0004

SHINICHI KATAYAYA
2-26-14 MEGUROHONCHO, MEGUROKU, TOKYO 152-8527

AKIFUMI NAKAO
2-1-3 KASUMIGASEKI, CHIYODAKU, TOKYO 100-8918

DEFENDANTS

## GENERAL ALLEGATIONS

### PARTIES

1 The plaintiffs, Koji SASAYA and Sachiko SASAYA, are a married couple and both are U.S. lawful permanent residents.

2 Two of the defendants, Tetsuo SAITO and Keichi ISHII (predecessor), are the Ministers of Land, Infrastructure, Transport and Tourism.

3 One of the defendants, Masahiro NAKAJIMA, is the President of the Urban Renaissance Agency.

4 One of the defendants, Kazuo ISHIKAWA, is an employee of UR Community Inc., which is a subsidiary company of the Urban Renaissance Agency.

5 Two of the defendants, Naoaki DEGUCHI and Yuusuke YOSHII, are agents of the Urban Renaissance Agency.

6 One of the defendants, Shinichi KATAYAMA, is a compulsory execution officer commissioned by Tokyo District Court.

7 One of the defendants, Akifumi NAKAO, is an official of the Ministry of Land, Infrastructure, Transport and Tourism.

### JURISDICTION

8 This court has the subject matter jurisdiction over this dispute pursuant to 28 USC 1332(a)(2) as there is complete diversity among the parties and the amount of controversy exceeds the value or sum of $ 75,000.00.

### VENUE

9 In this case, the defendants submitted an invalid lease agreement as an evidence to the court, and they deceived the court and forcibly confiscated (robbed) us of the property (Room number 2306, 1-1-2, Nishiooi, Shinagawa-ward, Tokyo, taken ownership on July 10 in 2013)
In addition, this lawsuit is against the individual. (EXHIBIT 1,2)

10 Regardless of the fact that the defendants, Tetsuo SAITO and Keichi ISHII , should be on duty to manage and supervise the Urban Renaissance Agency, they neglected their duty and overlooked other defendants' tortious acts.

11 Regardless of the fact that the defendant, Masahiro NAKAJIMA is not a contractor of the property or a person entitled to register, he filed a petition against the plaintiffs with the court to seek an order to evict them from the property.

12 Two of the defendants, Naoaki DEGUCHI and Yuusuke YOSHII, deputized on behalf of the defentant named Masahiro NAKAJIMA.

13 One of the defendants, Akifumi NAKAO, gave a false statement about the date when Urban Renaissance Agency was founded to the court even though he was appointed to a management position of the Organization.

14 Two of the defendants, Shinichi KATAYAMA and Kazuo ISHIKAWA broke down the main entrance door of the property and removed the possessions of the plaintiffs despite the objection from the plaintiffs.

15 Plaintiffs file JPY 41,037,900 worth of damages claim and JPY 410,379,000 worth of punitive damages against two of the defendants, Tetsuo SAITO and Keichi ISHII.

16 Plaintiffs file a JPY 50,000,000 worth of damages claim against each of the three defendants, Masahiro NAKAJIMA, Akifumi NAKAO and Shinichi KATAYAMA.

17 Plaintiffs file a JPY 40,000,000 worth of damages claim each against three of the defendants, Naoaki DEGUCHI, Yuusuke YOSHII and Kazuo ISHIKAWA.

18 All of the defendants accepted the illegal acts related to the lawsuit.(The plaintiffs confirmed the fact by January 10th, 2023).

19 This lawsuit is to call each defendant to account for their responsibility and another lawsuit will be filed against the whole organization.

Respectfully Submitted by
Koji SASAYA (Pro Se)
Email:koji.sasaya11@gmail.com
Address:1441 East Almond Avenue
Orange, California 92866

Dated: JAN 30 2023

| Branch | Complex | Sort | Apartment Number | | | |
|---|---|---|---|---|---|---|
| 2 | 0 | 66 | 5 | 100002306 | | |

| | | |
|---|---|---|
| Logo of Urban Develop Corporation | Seal of Urban Develop Corporation | Seal of Sachiko SASAYA |

## Urban Development Corporation Rental Housing Agreement

| | | |
|---|---|---|
| Description of the Building | Building Name | J tower Nishioi |
| | Apartment Number | 2306 |
| | Address | 1-1-2, Nishioi, Shinagawa-ward, Tokyo |
| | Structure | Reinforced Concrete Structure Twenty-eight Floors Construction |
| | The Number of Units | 1 (Furnished) |
| Housing Rent | | JPY 221,400 / Month |
| Security Deposit | | JPY 664,200 |
| Landlord | | Urban Development Corporation |
| Tenant | | Sachiko SASAYA |
| Date Available to Move in | | August 11th, 2003 |
| Date of Agreement | | July 10th, 2003 |

The lessor (hereafter called the "Landlord") and the renter (hereafter called the "Tenant") have formed the rental housing agreement regarding the object of lease specified above.

In witness of the foregoing, the Landlord and the Tenant have caused this Agreement to be executed in duplicate, as of the date written above, and each party shall retain one thereof.

Landlord: Address    1gou, 5ban, 6chome, Nishishinjuku, Shinjuku-ward, Tokyo

Urban Development Corporation, Capital regional sales
Administrative Chief
Name    Kiyoshi FUKUNAGA

Tenant: Address    503gou, 32, 9ban 6chome, Oi, Shinagawa-ward, Tokyo

Name    Sachiko SASAYA

Exhibit 1

平成31年（執ロ）第990号

# 強 制 執 行 調 書

| 執行に着手した日時 | 令和 元 年 5 月 16 日 | 午前・午後 9 時 05 分 |
|---|---|---|
| 執行を終了した日時 | | 午前・午後 1 時 25 分 |
| 執行の場所 | □ 別紙当事者目録記載の債務者の住所地<br>■ 東京都品川区西大井1丁目1-2-2306 ジェイタワー西大井都市機構住宅 | |
| 執行の目的物 | 別紙目録記載のとおり | |
| 執行に立ち会った者 | ■債権者　（■　代理人）石川一雄<br>□債権者会社代表者　　　　笹谷幸子<br>■債務者　□在室者<br>□債務者会社代表者　　　　半澤富栄<br>■立会人 | |

## 執 行 の 内 容

1  執行の目的
　　別紙目録記載の物件に対する
　　■不動産明渡執行　　　□不動産引渡執行　　　□動産引渡執行
　　□自動車引渡執行　　　□建物収去・土地明渡執行　　□建物退去・土地明渡執行
　　□

□欄は，該当事項の□欄に「■」または「レ」印を付したものに限る。
（執）

EXHIBIT 2

| | 2019 (Execution of Surrenders or Delivery) Case File Number 990 |
|---|---|
|  | Record of Compulsory Execution |

| Commencement Date and Time of Compulsory Execution | May 16th, 2019 | 09:05 a.m. |
|---|---|---|
| Completion Date and Time of Compulsory Execution | | 01.25 p.m. |
| Place of Compulsory Execution | ☐ The Place Where the Obligor Lives in the Attached Inventory List<br><br>■ J Tower Nishioi Urban Renaisannce Agency Housing, 2306, 1-1-2, Nishioi, Shinagawa-ward, Tokyo. | |
| Subject Matter of Compulsory Execution | As Shown in the Attached Inventory Sheet List | |
| Witnesses of Compulsory Execution | ■ Obligee   (■ Representative)   Kazuo ISHIKAWA<br><br>☐ Representative of Collection Company<br><br>■ Obligor   ☐ Resident   Sachiko SASAYA<br>☐ Representative of the Company of the Obligee<br><br>■ Observer                           Tomie HANZAWA | |

### Description of Compulsory Execution

1  Purpose of Compulsory Execution

For Properties of the Attached Inventory Sheet List

■ Compulsory Execution of Surrender of Real Property

☐ Compulsory Execution of Delivery of Real Property

☐ Compulsory Execution of Delivery of Movables

☐ Compulsory Execution of Delivery of Cars

☐ Compulsory Execution of Removal of Building, Surrenders of Lands

☐ Compulsory Execution of Deportation of Building, Surrenders of Lands

☐

Limited to the items indicated above "■" or "☑" in the ☐ parts
(Execution)
Exhibit 2

| | 2019 (Execution of Surrenders or Delivery) Case File Number 990 |
|---|---|

| Record of Compulsory Execution | | |
|---|---|---|
| Commencement Date and Time of Compulsory Execution | May 16th, 2019 | 09:05 a.m. |
| Completion Date and Time of Compulsory Execution | | 01.25 p.m. |
| Place of Compulsory Execution | ☐ The Place Where the Obligor Lives in the Attached Inventory List<br><br>■ J Tower Nishioi Urban Renaisannce Agency Housing, 2306, 1-1-2, Nishioi, Shinagawa-ward, Tokyo. | |
| Subject Matter of Compulsory Execution | As Shown in the Attached Inventory Sheet List | |
| Witnesses of Compulsory Execution | ■ Obligee  (■ Representative)   Kazuo ISHIKAWA<br><br>☐ Representative of Collection Company<br><br>■ Obligor    ☐ Resident        Sachiko SASAYA<br>☐ Representative of the Company of the Obligee<br><br>■ Observer                Tomie HANZAWA | |

### Description of Compulsory Execution

1 Purpose of Compulsory Execution

For Properties of the Attached Inventory Sheet List

■ Compulsory Execution of Surrender of Real Property

☐ Compulsory Execution of Delivery of Real Property

☐ Compulsory Execution of Delivery of Movables

☐ Compulsory Execution of Delivery of Cars

☐ Compulsory Execution of Removal of Building, Surrenders of Lands

☐ Compulsory Execution of Deportation of Building, Surrenders of Lands

☐

Limited to the items indicated above "■"  or  "☑" in the ☐ parts
(Execution)
Exhibit 2